In the Matter of JOSE VAELLO, Appellant, v WILLIAM CONNOLLY, as Superintendent of Fishkill Correctional Facility, Respondent.

Decided September 20, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of the Arbitration Between BUFFALO PROFESSIONAL FIREFIGHTERS ASSOCIATION, INC., IAFF LOCAL 282, Respondent, and CITY OF BUFFALO, Appellant.

Submitted July 11, 2011; decided September 22, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of DESTINY F., a Neglected Child. ST. LAWRENCE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ANGELA F., Appellant.

Submitted July 18, 2011; decided September 22, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.